**FILED**

JUN - 2 2008
Jun 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Tonya M Lofton
(Please print)

STREET ADDRESS: 404 E Bailey rd apt 202

CITY/STATE/ZIP: Naperville IL 60565

PHONE NUMBER: 630-717-1015

CASE NUMBER: **08CV3180**
**JUDGE KENNELLY**
**MAG. JUDGE COLE**

_Tonya M Lofton_
Signature Date