# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3180 | **DATE** | 7/21/2008 |
| **CASE TITLE** | Tonya Lofton vs. DuPage County | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to proceed in forma pauperis is granted [4-1]. Plaintiff's motion for appointment of counsel is denied [5-1], as plaintiff has failed to state what she has done to attempt to find counsel on her own. The Marshal is appointed to serve the defendant with summons and the complaint. Plaintiff is directed to cooperate with the Marshal as requested in effectuating service of process. The case is set for a status hearing on 9/23/08 at 9:30 a.m. in Judge Kennelly's courtroom (Room 2103). If plaintiff fails to appear at that time, the case may be dismissed for want of prosecution.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|