**FILED**
**JULY 21, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED
JUN - 2 2008
Jun 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Tonya M Lofton
_____
(Name of the plaintiff or plaintiffs)

v.

Dupage County (County) of
Dupage) and all unknown
Parties
(Name of the defendant or defendants)

CIVIL ACTION

NO. 08CV3180
JUDGE KENNELLY
MAG. JUDGE COLE

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is Tonya M Lofton _____ of the county of Dupage _____ in the state of Illinois.
3. The defendant is Dupage County or the County of Dupage, whose street address is 505 County Farm Rd _____,
(city) Wheaton (county) Dupage (state) IL (ZIP) 60187
(Defendant's telephone number) (630) - 407 - 8600

4. The plaintiff sought employment or was employed by the defendant at (street address) 505 County Farm Rd _____ (city) Wheaton
(county) Dupage (state) IL (ZIP code) 60187

5. The plaintiff [check one box]
   (a) ☐ was denied employment by the defendant.
   (b) ☐ was hired and is still employed by the defendant.
   (c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) 8 ~~3~~, (day) 15 ~~1~~, (year) 05 ~~07~~.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [check one box] ☐ has ~~not~~ ☑ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i) ☑ the United States Equal Employment Opportunity Commission, on or about (month) 4, (day) 16, (year) 2007.

    (ii) ☑ the Illinois Department of Human Rights, on or about (month) 4, (day) 16, (year) 2007.

  (b) If charges were filed with an agency indicated above, a copy of the charge is attached. ☑ YES.   ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

    ☑ Yes (month) 3 (day) 1 (year) 07
    ☐ No, did not file Complaint of Employment Discrimination

  2. The plaintiff received a Final Agency Decision on (month) 3 (day) 15 (year) 08.

  c. Attached is a copy of the

    a. Complaint of Employment Discrimination,
    ☑ YES   ☐ NO, but a copy will be filed within 14 days.

    (ii) Final Agency Decision  I have a Right to sue from Dept of Justice.
    ☑ YES   ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

   (a)☑ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

   (b)☐ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)_____ (day)_____ (year)_____ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's *[check only those that apply]*:

   (a)☐ Age (Age Discrimination Employment Act).
   (b)☑ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c)☐ Disability (Americans with Disabilities Act or Rehabilitation Act)
   (d)☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e)☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f)☐ Religion (Title VII of the Civil Rights Act of 1964)
   (g)☑ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant *[check only those that apply]*

    (a)☐ failed to hire the plaintiff.
    (b)☐ terminated the plaintiff's employment.
    (c)☑ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☑ failed to stop harassment;

(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☑ other (specify): They Dupage County is still harassing me by trying to suspend my license, and given false info to creditors, and not adding false info to my personnel file.

13. The facts supporting the plaintiff's claim of discrimination are as follows:
I have paperwork and outlines of info were Dupage contradicts themselves.

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ YES  ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check only those that apply]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☑  Direct the defendant to (specify): To Pay Me Tonya M Lofton 5 Million for their acts or Discrimination, and there continuing acts or harrassment, and all that are involved be fired for violating my civil Rights.

(g) ☑  If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑  Grant such other relief as the Court may find appropriate.

(Plaintiff's signature) Tonya M Lofton

(Plaintiff's name) Tonya M Lofton

(Plaintiff's street address) 404 E Bailey Rd Apt 202

(City) Naperville  (State) IL  (ZIP) 60565

(Plaintiff's telephone number) (630)-717-1015

Date: 6/2/08

*Exhibit A+ Dupage Complaint*

Tonya Lofton

I know for a fact I saw a payroll sheet and we were embarrassed and shocked to see ourselves at the lowest pay. People that came after me to work at the court house were:

1. Maureen -unknown-        Caucasian
2. Maureen Palma            Caucasian
3. Elizabeth Motsinger      Caucasian
4. Veronica Valdovines      Hispanic
5. Anna -unknown-           Hispanic
6. Pamela Bridges-          African American
7. Tonya Lofton (Myself)-   African American
8. Dana Holmes-             Caucasian
9. Bonnie Korwin            Caucasian
10. Lisa unknown  Data entry dept  Caucasian

From the sheet that EEOC was sent from the court house did not show a difference that is what EEOC claim I absolutely saw a different sheet it was humiliating and a defamation of character. Enclosed is the sheet and the pay listed was not my pay as of 2005 when I left the court house. It also shows that we as African Americans had more work experience and seniority and were still paid the least. After being so humiliated I felt very sick and ill and I had to go under doctor's care and  a copy of the medication that I have been taking is also enclosed.  I refuse to let that fraudulent paper be sent out.  Someone needs to check with the IRS for correct info on Caucasian co-workers pay. The people listed above came in after me, they were trained on different jobs within the office immediately. My African American and I were trying to get trained on more things within the office to get better pay because we were advised by our white co workers to do so to get better pay. Our chief told us that it did not go by that and that being trained on more would not help. Jill Ketchum started around a year or less before me. We both have been in and out of school  and her pay exceeded mine greatly. My first write up was 2005 if you watch the pay scales of Caucasians in their growth you will see a significant difference in job description and pay merit raises . Now remind you I just became a so called problem in 2005. What about 2001-2004? Why was my pay not the same as Caucasian workers. Dennis Hoffman, Sandy Nelms, and John Larson gave me a letter about my attendance knowing that I was under Doctors care and taking heavy medication that did not allow me to come to work everyday and affected my work performance. They (Dupage County) informed that my attendance and 2 tardys within a 30 day period was going to lead me to be terminated but yet coworkers that I have listed on a separate sheet with this letter were not threaten nor wrote up Ann Pendl Maria Molina Sandy Nelms (supervisor) The policy did not say special privileges were given to anyone but yet and all the policy I assumed was written for was me, only because after I notified my chief Dennis Hoffman that I was notifying EEOC 6/7/05  Dupage county  harassed me for minor things , then my chief told me I was doing a excellent job on all of my oral reviews and my work was turned into  Ann  Pendl and she also gave me (Tonya Lofton) good oral reviews but my attendance was not good and my DR. statements were ignored I had surgery in 2003 for work related injury, Ganglion cyst and yet that was also ignored after my surgery by telling me to do more work.  I was not allowed to learn  more so that I would not grow because I was told different info then my Caucasians about growth within the company and I would be called into the office immediately by my chief Dennis Hoffman when I applied for a different position.  Dupage county would  not allow me as a African to  grow , but I have seen Caucasians grow rapidly .

| Date / Person | Note |
|---|---|
| 9/1/05 Ann Pendl | 2 minutes late |
| 9/13/05 Ann Pendl | 4 minutes |
| 8/16/05 Ann pendl | 3 minutes |
| 8/11/05 Ann pendl | 4 minutes |
| 8/23/05  Ann Pendl | 4 minutes |
| 7/13/05 Sandy Nelms | 2 minutes came many days late would not get a late slip and sign. |
| 9/6/05 Maria Molina | 2 minutes late |
| 8/29/05 Maria Molina | 3 minutes late |
| 8/23/05 Maria Molina | 5 minutes late, Maria has left early constantly and has been late. |

No one not a chief or supervisor has written her up for her attendance or many tardies.

7/21/05 Dana Holmes 2 minutes late she has been allowed to walk pass the supervisors late with no problem but when it comes to me, I was signing a late slips each and every time I was tardy just like the other individuals. I Started writing down these times when I was fed up. Once I was diagnosed with Sciatica (severe back pain due to stress) I could not get out of the bed nor operate heavy machinery. I gave my supervisor Sandy Nelms the Doctor statements so that she would be aware of my illness. I was ignored and told that I still could be fired, if I missed more days. The prescription drug that I was taking was effexor, I was then switched to Zoloft. I was also taking Naubetome for back pain, Valium, because I could not sleep, and muscle relaxers to relax the pain. Dupage County almost caused me Death. Under no circumstances should a job make an employee feel this way that causes health problems for a regular employee who started off healthy. Here is copies of all my info from papers I filed in EEOC it has not been six months since Oct 5 2005 nor 6 months, for filing charges .620- ~~~~. Also I would like to point out that African American Frenchie Amos court clerk has been employed for 8 years and Jill Ketchum is who has been at Dupage county for 5 years is almost at the pay of a African American who had more years and more experienced. Bonnie korwin exceeds me in pay and was able to go from data entry to another dept with less experience. Point blank and simple African Americans are given less grounds to grow at Dupage county. Sarah Rose Kalke started after me and she also had to have less experienced because she worked in the vault, filing papers when I was actually entering papers into the system, but they gave her the position as court clerk in 2003. PS every African American that came to clerks office left within a week or 3 months, I Tonya Lofton, and Pamela bridges and two other African Americans are the only ones that stayed. And although Im the only one speaking out that does not make it right to be discriminated against. Also many new faces came with MR Chris Cachiroubas including the fact that my coworkers told me Lisa in the data entry dept I worked in was one and that is why I never received my pay grade and he did not discipline Mr. john Larson because he was to busy covering up for his shakman decree illegal activities once again what was my grade level when I started and what was it when I left since Dupage county refuse to give it to me even when I had a meeting with Chris Cachiroubas Aug 2005 and he promise he would give me my grade level, they also broke the law at that time. Here is the pay slip that coworkers got a hold of and passed around and this slip got me sick to my stomach here is also a copy of my pay check stubs that stayed the same salary range throughout the years, page 1 was given out just before joel kagann left office. page 2 is my w 2 forms page three is copy of checks my check displays salary/rate 960 means I was making 12.80 hourly but the sheet says 12.62hrly- and before then 12.34 hrly. Many problems of discrimination here and I want every last one of them addressed. Things that should be compared are starting dates, amount of education and experienced, who is summer help, like for instance (Kiersten E Hoffman) on the pay raise slip at the very bottom is summer help, and any one that makes under 11.00 dollars is lunchroom help, janitorial help for the circuit clerks office, also my chief called a meeting with our hold dept (data) and said we were all doing a horrible job but I was told I was not getting a merit, Michelle Serino was told also she was not getting a merit raise and later on told me they gave her a merit raise if the whole dept was doing bad in 2005 why did myself and Pamela bridges not receive a merit raise now they dupage county told me I was not because of two mistakes but they never called Pamela Bridges in the office about her work, but when it was time for a raise Sandy Nelmes (supervisor) told Pamela Bridges because of her work performance she would not be getting a merit raise, but she was never notified or written up for poor performance never ,but she is a African American female, my friend and all of this went haywire when I comfronted my employer with discrimination charges.

(Payroll) B4 for African American

| Last | First | | | |
|---|---|---|---|---|
| AKMAKJIAN | JACK A. | 2.0 | 14.5 | 14.21 |
| Allan | Melissa F. | 0 | 8.6 | 8.50 |
| AMOS | FRENCIE S. | 2.5 | 14.95 | 14.58 |
| ARTALE | KIMBERLY K. | 2.0 | 13.21 | |
| BAITTIE | THOMAS W. | 0 | 25.01 | |
| BASTIAN | JANELLE T. | 2.3 | | |
| BERENDSON | ROBIN J. | 0 | 22.54 | |
| BESNIER | HOWARD G. | 1.0 | 14.73 | |
| BETRO | BARBARA J. | 1.6 | | |
| BIRCH | KARYN Anne | 2.3 | | |
| BLANDEN | DIANE E. | 2.0 | | |
| Bocek | Dale A. | 2.5 | 13.82 | |
| BORLA | PAMELA R. | 3.0 | 20.89 | |
| BRANTL | KAREN L. | 4.4 | 14.5 | 13.88 |
| BRIDGES | PAM Y. | 2.3 | | |
| BRUNKE | KIM M. | 2.5 | | |
| Burgan | Kate M. | 2.82 | | |
| | Sharon L. | 1.0 | | |
| CARNIVELE | SUZANNE M. | 3.5 | | |
| Carr | Robert h. | 3.06 | | |
| CASE | Patricia EVELY | 2.25 | | |
| Casillo | Maureen | 0 | | |
| | PAUL P. | 2.0 | | |
| CLARIDA | JENNIFER L. | 0 | | |
| COOLING | GAIL A. | 0 | | |
| Cooper | Margaret A. | 2.7 | | |
| | Tiffany N. | 0 | 7.8 | |
| | ERIK C. | 1.5 | 11.82 | |
| COSENTINO | MARIA K. | 2.25 | 18.34 | 17.93 |
| Craig | | | | 17.29 |
| | | 1.5 | 17.65 | 17.47 |
| CUNNINGHAM | JUDY A. | 2.0 | 16.66 | 16.33 |
| Daley | William R. | 0 | 8.5 | 8.50 |
| DELA TORRE | VANESSA E. | 3.0 | 15.32 | 14.82 |
| DI BRITO | TRACY D. | 2.5 | 17.09 | |
| DI BRITO | BARBARA A. | 2.25 | 12.69 | 12.34 |
| Dieden | Mary | 0 | 8.5 | 8.50 |
| DODDS | DARLENE A. | 2.5 | 15.25 | 14.87 |
| DROTZIGER | MELISSA E. | 2.25 | 13.79 | 13.48 |
| EBNER | KRISTEN | 2.5 | 16.6 | |
| ERWIN | KAREN L. | 2.25 | 14.2 | 13.88 |
| FLANNAGAN | THERESA C. | 0 | 20.28 | 20.27 |
| Fleming | Jennifer L. | 2.0 | 15.47 | 15.10 |
| FRANK | PAMELA D. | 2.5 | 21.06 | |
| FRANZ | GENEVIEVE M. | 2.5 | | |
| | KAREN L. | 1.5 | | 14.81 |
| GANDHI | ARCHANA P. | | 11.26 | 10.90 |
| GENTHE | FREDERICKA | 2.96 | 16.07 | 15.10 |
| GILLESPIE | MABEL E. | 3.0 | 22.12 | 21.47 |
| GORSKI-HASS | KIM | 1.13 | 18.36 | 18.15 |
| GRIMSTON | THOMAS R. | 1.5 | 13.15 | |
| HANTSCH | MICHAEL P. | 0 | 13.29 | |
| HANTSCH | JEAN | 2.25 | 12.38 | 12.10 |
| HARLAN | TRENTON T. | 2.63 | 18.48 | 18.00 |
| HEFFERNAN | WILLIAM J. | 2.5 | 12.29 | 11.89 |
| HEISLER | SAUL | 0 | 11.75 | |
| HICKISCH | CHERIE A. | 2.25 | 15.11 | 14.77 |
| HILDEBRANDT | KARRIE M. | ? | | 14.30 |
| HILL | DONNA J. | 2.5 | 19.37 | 18.89 |
| HODONICKY | JAMES A. | 2.3 | 21.62 | 21.13 |
| Hoffman | Kiersten E. | 0 | 9.35 | 9.35 |

| Last | First | | | |
|---|---|---|---|---|
| HOLDER | CAMILLE | | 16.82 | |
| HOLMES | LINDA L. | | 13.56 | |
| Holmes | Dana C. | 2.0 | 11.93 | 11.6 |
| HOTTENSTEIN | JENNIFER | 4.0 | | |
| HYNES | MARIANNE | 3.0 | 14.73 | |
| INCOPERO | DEAN VINCE | 2.3 | 25.17 | |
| JADACH | JENNIFER | 2.5 | 20.81 | |
| MASCOT | BOB J. | 3.25 | 12.38 | 12.1 |
| KALIS | MICHAEL D. | | 21.03 | 20.5 |
| Kake | Sarah D. | | 13.05 | 13.1 |
| KAMUDA | EDWARD | | 17.24 | 16.8 |
| KAUFMAN-FOS | JODI A. | | 14.56 | 14.0 |
| | | | 14.56 | 14.3 |
| | | | 18.4 | |
| KETCHUM | JILL A. | 2.3 | 14.68 | |
| KOMISAREK | Constance | 0 | 21.26 | |
| KONEWKO | | | 12.88 | |
| KORWIN | BOB | 2.0 | 13.75 | 13.48 |
| KRYS | LORETTA B. | 2.3 | 16.71 | 16.3 |
| KUFER | JAMES H. | 2.0 | 13.76 | 13.48 |
| KUHN | MARGARET F. | 2.2 | 17.02 | 16.8 |
| KUKEC | CHERYL | 2.25 | 16.26 | 15.90 |
| Larson | | | 2.25 | 12.86 |
| LAVOLD | | 2.25 | | 18.36 |
| LAWRENCE | | 2.2 | 18.33 | 17.93 |
| LAWRENCE | DONNA E. | 2.82 | 10.68 | 10.36 |
| LEE | DONNA J. | 2.5 | 18.1 | 18.58 |
| LACONE | | 2.5 | 16.3 | 15.90 |
| | | 3.5 | 14.21 | |
| | | 2.83 | 18.48 | 18.00 |
| | TONYA M. | 2.2 | | 12.34 |
| LOPEZ | DENISE R. | 2.2 | | 12.95 |
| ESPOSITO | ROSE | 2.2 | | 16.33 |
| LYNCH | JOHN T. | 2.5 | 13.87 | 13.48 |
| Maclean | Ingrid E. | 3.0 | 12.35 | |
| MAKINAUSKAIT | EGLE | 2.25 | 12.37 | |
| | CHRISTINE | | | |
| | | 1.75 | 14.31 | |
| MASON | JAIME R. | 3.25 | 17.45 | 16.86 |
| MAY | MAUREEN | | 14.94 | |
| MC GUIRE | ERIN C. | 4.0 | 19.44 | |
| MC KEE | MAUREEN | 2.5 | 19.05 | 16.56 |
| MEHTA | PARAG P. | 4.0 | 20.12 | 19.34 |
| MENKE | DARLENE | 2.5 | | 16.85 |
| | | 2.6 | 12.26 | 11.99 |
| | | 2.5 | 16.05 | 15.43 |
| | | 2.0 | 12.6 | 12.34 |
| MIKLOSY | ANTHONY E. | 0 | 29.86 | 29.85 |
| MILLIGAN | MARCIA R. | 0 | 20.88 | 20.7 |
| MOLINA Alvarez | MARIA E. | 2.25 | | |
| MONTALVO | JUANA M. | 0 | | |
| MONTANA | DEBORAH M. | 2.25 | 17.85 | 17.60 |
| MOREHEAD | ARLINE A. | 0 | 21.25 | 21.25 |
| Motsinger | Elizabeth A. | 2.25 | 11.9 | 11.64 |
| MOTTER | MARIE L. | 1.48 | 19.93 | 19.63 |
| MYRDA | MARY ANN | | 17.93 | 17.98 |
| | PAUL M. | 2.0 | 15.73 | 13.51 |
| NOLSON | WILLIAM G. | 2.26 | 14.66 | 12.05 |
| NOLAN | ANN M. | 2.38 | 12.26 | 11.99 |
| NUYGEN | ANTHONY H. | | 23.86 | 23.86 |

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2007-04523 |
|---|---|---|

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Ms. Tonya M. Lofton | Home Phone (Incl. Area Code)<br>(630) 901-4923 | Date of Birth<br>07-15-1970 |
|---|---|---|

Street Address: 5948 West Corland, #1, Chicago, IL 60639

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>DUPAGE COUNTY | No. Employees, Members<br>Unknown | Phone No. (Include Area Code) |
|---|---|---|

Street Address: 421 North County Farm Road, Wheaton, IL 60187

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-01-2007  Latest: 03-01-2007
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was employed by Respondent as a Clerk. On or about August 15, 2005, I filed a charge of discrimination (EEOC charge number: 210-2005-08254) against the Respondent. On October 5, 2005, I resigned my employment. On or about March 1, 2007, I obtained a copy of my personnel file. After reviewing it, I learned that Respondent had placed in my file documents which included false information concerning alleged infractions and that it did not include in my file documents that were favorable to me such as good annual performance evaluations.

I believe that I have been discriminated against because of my race, Black, and retaliation, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC
APR 16 2007
CHICAGO DISTRICT OFC

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Apr 16, 2007
Date / Charging Party Signature

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)



**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

---

CERTIFIED MAIL
5053 3953

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

March 11, 2008

Ms. Tonya M. Lofton
404 E. Bailey Road
Apt. 202
Naperville, IL  60565

Re:  EEOC Charge Against Dupage County
     No. 440200704523

Dear Ms. Lofton:

  Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

  If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.  If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney.  If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires.  Your request to the Court should be made well before the end of the time period mentioned above.  A request for representation does not relieve you of the obligation to file suit within this 90-day period.

  This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                Sincerely,

                                Grace Chung Becker
                                Acting Assistant Attorney General
                                Civil Rights Division

                        by  *Karen J. Ferguson*
                                Karen L. Ferguson
                                Supervisory Civil Rights Analyst
                                Employment Litigation Section

cc:  Chicago District Office, EEOC
     Dupage County